W. E. Slaughter, trading as United Glove Company, appellant, v. Superior Glove Company et al., appellees. Gen. No. 32,580.

Opinion filed July 10, 1928.

Vose & Vose, for appellant; John D. Clancy, of counsel. Dittus & Chatroop, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

Arthur M. Glatt and Leslie M. Price, trading as Glatt & Price, appellants, v. Hugo Anderson, appellee. Gen. No. 32,647.

Opinion filed July 10, 1928.

Mayer, Meyer, Austrian & Platt, for appellants. Deneen, Healy & Lee, for appellee; Harry W. Lippincott and Roy Massena, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

## Second District.

The People of the State of Illinois, defendant in error, v. Charles Camery, plaintiff in error. Gen. No. 7,890.

Opinion filed June 27, 1928.

John E. Erwin and George C. Dixon, for plaintiff in error. Mark C. Keller, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.